UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.: 23-04513
Beatriz Garcia )
Javier Garcia )   Chapter: 13
) Honorable Janet S. Baer
)
) DuPage
Debtor(s) )

## ORDER GRANTING MOTION TO MODIFY PLAN

This case coming before the Court on the Debtors' Motion to Modify Plan,

IT IS HEREBY ORDERED that the Motion is granted as follows:

1. The Debtors' monthly plan payments are reduced to $1,100 per month beginning in month 16 for the remainder of the plan.

2. The percentage to unsecured creditors will remain at 100%.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: July 12, 2024

**Prepared by:**

Cutler & Associates, Ltd
41431 Main St
Skokie, IL 60076
847-673-8600